

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd floor
New York, New York 10007

May 6, 2008



BY FAX

Honorable Robert W. Sweet
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Javier Collazo v. Astrue
     08 Civ. 1923 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

Dear Judge Sweet:

The Government's answer in the above-referenced Social Security case is due May 6, 2008. We write respectfully to request that the time to answer or move with respect to the complaint be adjourned for 60 days, until July 7, 2008. The reason for this request is to allow the Social Security Administration sufficient time to evaluate its litigation position in this matter. We have attempted to obtain the consent of plaintiff, who is proceeding pro se, to this proposed adjournment, but he did not respond to an April 7, 2008 letter, and calls to the telephone number listed on the complaint ((718) 681-7675), were not answered. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney



By:  _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     tel. (212) 637-2713
     fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Javier Collazo

So ordered
Sweet
USDJ
5-6-08

TOTAL P.02