MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JAVIER COLLAZO,                  :
                                 :
               Plaintiff,        :
                                 :
          - v. -                 :
                                 :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :  08 Civ. 1923 (RWS)
Commissioner of                  :
Social Security,                 :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x



IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008.  The reason for the request is because the

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       April 8, 2008

*/s/ Javier Collazo*
JAVIER COLLAZO
Plaintiff pro se
1035 Woody Crest
  Apt.#6F
Bronx, New York  10453
Telephone No.: (718) 681-7675

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: */s/ Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5-20-08