

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007



RECEIVED JUL 0 3 2008 JUDGE SWEET CHAMBERS

July 3, 2008

BY FAX

Honorable Robert W. Sweet
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: Javier Collazo v. Astrue
          08 Civ. 1923 (RWS)

Dear Judge Sweet:

    The Government's answer in the above-referenced Social Security case is due July 7, 2008. We write respectfully to request that the time to answer or move with respect to the complaint be adjourned for 30 days, until August 6, 2008. The reason for this request is to allow the Social Security Administration sufficient time to re-evaluate its litigation position in this matter. We have attempted to obtain the consent of plaintiff, who is proceeding pro se, to this proposed adjournment, but a call to the telephone number listed on the complaint ((718) 681-7675), indicates that the number has been disconnected. One prior adjournment has been granted in this case. We appreciate the Court's consideration of this request.

So ordered
Sweet
USDJ
7.9.08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Javier Collazo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

TOTAL P.02