MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
JAVIER COLLAZO,                   :
                                  :
              Plaintiff,          :
                                  :
        - v. -                    :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   08 Civ. 1923 (RWS)
Social Security,                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings.  The Clerk is directed to enter

judgment.  See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       July /8 , 2008

                                       /s/ Javier Collazo
                                     JAVIER COLLAZO
                                     Plaintiff <u>pro se</u>
                                     1035 Woody Crest
                                       Apt.#6F
                                     Bronx, New York   10453

                                     MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York
                                     Attorney for Defendant

                     By: /s/ Susan D. Baird
                                   SUSAN D. BAIRD
                                   Assistant United States Attorney
                                   86 Chambers Street - 3rd Floor
                                   New York, New York   10007
                                   Telephone No.: (212) 637-2713
                                   Susan.Baird@usdoj.gov

SO ORDERED:

/s/ Sweet
UNITED STATES DISTRICT JUDGE

8-6-08